# EXHIBIT 6

## Step 2: VENDOR PANEL SET UP

XR64005678 RUSH / Competitive / Mayor / Electric Generator
Gregory Sorbara to: GUSTAVO OSES  08/26/2010 07:16 PM

Buen Gustavo

Favor indicar un panel para el caso en referencia el cual pertenece a la Declaratoria de Emergencia Electrica firmado por Fernado Valera Director Ejecutivo de Comercio y Suministro.

Todos los soportes y caracteristicas tecnicas se encuentran en el expediente y adjuntas a la solped, por otra parte se envia la siguiente sugerencia de proveedores:

| Vendor | Code |
|---|---|
| Hitachi Ltd. | 350015288 |
| AREVA T&D INC | 350000841 |
| The Reynolds Company | 350004009 |
| CYMASA | 350015399 |
| ALSTOM POWER ENERGY RECOVERY GMBH | 350015082 |
| LOHER DRIVE SYSTEMS INC | 350003672 |
| Baldor Electric Company | 350015505 |
| NORTHLAND AUTOMATION & SERVICES, LL | 350015185 |
| FLUOR DANIEL LATIN AMERIC | 350003628 |
| VENMAR, Inc. | 350006163 |

Kind Regards
Gregory Sorbara
International Purchasing
Phone +58 212 9580067
Email Address g.sorbara@bariven.eu

KARINA NUNEZ/NUNEZK/PDV/PDVSA
30/01/2013 12:47 p.m.

Para: GUSTAVO OSES/OSESG/BRV/PDVSA@PDV
cc:
cco:
Asunto: PROCESO UM63058618 ///PANEL DE PROVEEDORES SUGERIDO\\\

Buenas Tardes

El presente es para solicitar la aprobación y validación del panel para el proceso que se detalla a continuación:

**CENTRIFUGAL PUMP**

| Vendor | Code |
|---|---|
| Aker Kvaemer MH | 350009957 |
| FMC Technologies Measurement | 350008442 |
| HYDRIL COMPANY | 350004500 |
| EVNEFT LTD. | 350016276 |
| PETROLEUM PROCUREMENT OF HOUSTON, LLC | 350015983 |
| WELLS ULTIMATE SERVICE, LLC | 350016125 |
| PROTEA Sp. z o.o. | |
| SUPERIOR DERRICK SERVICES, L.L.C. | |
| TD WILLIAMSON INC | |
| The Gorman-Rupp Company | |

Cordialmente
Lic. Karina Nuñez
International Purchasing
PDVSA Services BV, Bariven SA
Ext: 32065 (0058) 212 - 9580065)
E-mail: nunezk@pdvsa.com
Dirección: Urbanización Chuao, Calle la Guair
27. Caracas - Venezuela.

PEDRO GUAL/GUALP/PDV/PDVSA
21/06/2011 11:12 a.m.

Para: GUSTAVO OSES/OS
cc: ISMARY YEGUEZ/YE
cco:
Asunto: UM63047587 / POWE COMPETITIVE

Buenos Dias Sr Gustavo,

anexo panel de empresas para su aprobacion para la adquisicion de Ur
Monto estimado US$ 120,000:

| VENDOR NAME | SAP CODE |
|---|---|
| Toshiba T&D do Brasil Ltda. | 350014566 |
| Pizzi Energy S.p.A | 350014111 |

6