# EXHIBIT 11

# Step 4: All Weekly Paynent Proposals were final, when emailed to Bariven's President Alvarado.



JOSE PIRELA/PIRELAJP/PDV/PDV SA
24/11/2011 02:12 p.m.

To: JAVIER ALVARADO/ALVARADOJ/BIT/PDVSA@PDV
cc: isturizchiesaa@gmail.com, EDGAR ROMERO/ROMEROEU/INT/PDVSA@PDV, CONCEPCION PUGLISI/PUGLISIC/BRV/PDVSA@PDV, ALEXIS
bcc:
Subject: Rm: Propuesta de Pago a Proveedores Internacionales. Semana: Del 14 al 18/11/2011(Rev GGs)

Buenas noches a todos

Sr. Alvarado, en correo anexo encontrara la propuesta de pago definitiva emitida posterior a la revisión de parte de las Gerencias Generales, entre los criterios de pagos tomados como base se establecieron los siguientes:

Pagos puntuales con fondos cedidos por los negocios, pagos a proveedores con antigüedad mayor a 60 días en promedio inferiores a USD 100.000, pagos a proveedores críticos indicados por las gerencias generales y los negocios.

En espera de su aprobación para proceder a generar las instrucciones de pago.

Alejandro, por favor imprimir este archivo para la firma y aprobación del Sr. Alvarado

Saludos

José G. Pirela Avila
Gerencia de Finanzas (E)
PDVSA Bariven, S.A.
Email: PIRELAJP@pdvsa.com
Phone: +58 261 8061052
Fax: +58 261 8061318
Ext. 91 - 61052

----- Remitido por JOSE PIRELA/PIRELAJP/PDV/PDVSA con fecha 24/11/2011 08:31 p.m. -----



ANGELA LACRUZ/LACRUZAN/BRV/PDVSA
24/11/2011 08:09 p.m.

Para: JOSE PIRELA/PIRELAJP/PDV/PDVSA@PDV
cc:
Asunto: Rm: Propuesta de Pago a Proveedores Internacionales. Semana: Del 14 al 18/11/2011(Rev GGs)

Buenas Tardes

Anexo Propuesta con los cambios solicitados por la Gerencia General

 
Propuesta Pago Internacional 14-11 al 18-11-2011.doc   Propuesta PRELIMINAR AL 18-11-2011 Rev.xls

Saludos

Angela Lacruz
Ext. 91-61303 . Externo: 0261-8061303
Cuentas por Pagar
Pdvsa-Bariven

---



JOSE PIRELA/PIRELAJP/PDV/PDV SA
03/04/2012 07:55 a.m.

To: JAVIER ALVARADO/ALVARADOJ/BIT/PDVSA@PDV
cc: CESAR RINCON/RINCONCP/PDV/PDVSA@PDV, ALEJANDRO ISTURIZ/ISTURIZA/PDV/PDVSA@PDV, JOSE PIRELA/PIRELAJP/PDV/PDVSA@PDV
bcc:
Subject: Rm: Propuesta Revisada para la semana 14

Buenas tardes Sr. Javier

Anexo le remito la propuesta definitiva para su aprobación, la misma fue revisada por las gerencias generales..

Espero sus instrucciones para proceder al pago de la misma, los fondos correspondientes ya fueron recibidos...

Saludos

José G. Pirela Avila
Gerencia de Finanzas (E)
PDVSA Bariven, S.A.
Email: PIRELAJP@pdvsa.com
Phone: +58 261 8061052
Fax: +58 261 8061318
Ext. 91 - 61052

----- Remitido por JOSE PIRELA/PIRELAJP/PDV/PDVSA con fecha 03/04/2012 02:21 p.m. -----



ANGELA LACRUZ/LACRUZAN/BRV/PDVSA
03/04/2012 01:35 p.m.

Para: JOSE PIRELA/PIRELAJP/PDV/PDVSA@PDV
cc:
Asunto: Re: Rm: Propuesta Revisada para la semana 14

Buenas Tardes

Anexo Propuesta

Saludos

Angela Lacruz
Ext. 91-61303 . Externo: 0261-8061303
Cuentas por Pagar
Pdvsa-Bariven
JOSE PIRELA/PIRELAJP/PDV/PDVSA

JOSE PIRELA/PIRELAJP/PDV/PDV SA
03/04/2012 12:13 p.m.

Para: ANGELA LACRUZ/LACRUZAN/BRV/PDVSA@PDV
cc:
Asunto: Re: Rm: Propuesta Revisada para la semana 14

> Alejandro Izturiz was one of the three secretaries at the Presidency of Bariven. His role was to order the incoming stationery, incoming emails, printing, copying, documenting and keeping a record of the daily activity.
> In a total contradiction with the legal proceedings in Spain, It is surprising that the Superseding Indictment gives him a managerial role Preparing and Approving these Payment proposals. All the emails, just like these two examples, show him in no other role than printing such final proposals, under the instructions of Bariven's finance manager Jose Pirela.

11