# EXHIBIT 11-1

**PROPUESTA EXTRAORDINARIA DE PAGO A PROVEEDORES INTERNACIONALES POR PROCURA DE MATERIALES, EQUIPOS EN LOS MERCADOS FORANEOS EN NOMBRE DE PDVSA Y SUS FILIALES PARA LA FAJA PETROLIFERA DEL ORINOCO**

**PREMISAS:**

☐ La facturación incluida en esta programación de pagos corresponde a Suplidores Internacionales sensibles al Proyecto de la Faja Petrolífera del Orinoco, en línea con el Punto de Cuenta presentado al Sr. Víctor Aular –Director de Finanzas enlace Junta Directiva de PDVSA, el cual señala que se cancelarán los pasivos de mayor vencimiento a proveedores que acepten el compromiso de entrega a tiempo.

☐ La distribución de los recursos realizó como sigue:

| CODIGO SAP | PROVEEDOR | DEUDA EN USD | PROPUESTA USD | % |
|---|---|---|---|---|
| 3500012922 | ArcelorMittal Int. Export S.A. | 17.901.935,06 | 7.009.791,90 | 39 |
| 3500001696 | BAKER HUGHES INC.CENTRILI | 1.229.911,84 | | 23 |
| 3500000924 | BENTLY NEVADA, INC. | 1.712.201,39 | 386.398,20 | 23 |
| 3500001701 | CAMERON COMPRESSION SYSTEM | 8.163.124,23 | 3.524.570,70 | 43 |
| 3500015172 | Dinaquip, Lt | 5.347.681,54 | | |
| 3500005872 | DRESSER FLOW SOLUTIONS MASONEILAN | 188.263,43 | 188.263,43 | 100 |
| 3500002738 | DRESSER RAND COMPANY | 25.294.153,81 | 5.665.204,37 | 22 |
| 3500003429 | FISHER CONTROLS INTL INC | 857.184,47 | | |
| 3500002742 | Flowserve SRL de CV | 21.489.034,45 | | |
| 3500004770 | FLOWSERVE PUMP CORPORATION | 2.501.142,96 | 1.358.048,21 | 54 |
| 3500015668 | FLOWSERVE S.R.L | 4.822.749,99 | | |
| 3500004267 | HONEYWELL INC | 2.630.946,96 | 1.019.044,32 | 39 |
| 3500015469 | ISS Globalnet LLC | 19.934,62 | 19.934,62 | 100 |
| 3500012246 | JH BORNEMANN GMBH & CO. K | 7.879.193,11 | 7.879.193,11 | 100 |
| 3500006206 | LAM GROUP CORPORATION | 727.249,99 | 727.249,99 | 100 |
| 3500015145 | Lukinen International LLC | 3.697.665,37 | | |
| 3500006770 | National Oilwell Varco (NOV) | 1.438.703,19 | 685.036,40 | 48 |
| 3500015185 | NORTHLAND AUTOMATION & SERVICES, LI | 188.160,75 | 188.160,75 | 100 |
| 3500015427 | Oil & Gas Enterprises, Corp. | 4.956.786,19 | 4.956.786,19 | 100 |
| 3500015235 | OIL PARTS SUPPLY, INC. | 31.817,92 | 31.817,92 | 100 |
| 3500015439 | OILSOURCE, INC | 80.442,12 | 80.442,12 | 100 |
| 3500010667 | Petroleum Pipe Americas Corp. | 4.034.935,86 | 1.263.435,86 | 31 |
| 3500015312 | RELIABLE PROCESS & INSTRUMENTS, LI | 1.320.764,59 | 1.320.764,59 | 100 |
| 3500013297 | SCORE ENERGY LIMITED | 2.495.965,31 | | |
| 3500015607 | Sealing Gasketing and Corrosion Con | 2.633.445,00 | | |
| 3500015392 | Shengli Oilfield Freet Petroleum | 3.730.554,00 | 3.730.554,00 | 100 |
| 3500008582 | SOLAR TURBINES INCORPORATED | 50.990.670,47 | 36.313.908,54 | 71 |
| 3500000063 | SUPERIOR DERRICK SERVICES, LLC. | 3.161.120,00 | 3.161.120,00 | 100 |
| 3500000455 | TD WILLIAMSON INC | 2.888.353,00 | | |
| 3500000574 | TENARIS GLOBAL SERVICES, S.A. | 17.823.599,88 | 8.662.583,81 | 49 |
| 3500000915 | Tradequip Services & Marine Inc | 30.877.882,50 | 15.358.287,09 | 50 |
| | | 14.310.530,24 | 14.310.530,24 | 100 |
| 3500003766 | VENEQUIP MACHINERY SALES | 345.495,94 | 345.495,94 | 100 |
| 3500006163 | VENMAR, Inc | 270.315,22 | 270.315,22 | 100 |

> In a total contradiction, omitting and confusing official PDVSA documents, the Government (paragraphs 64 and 259) alleges that this payment comes from a weekly payment proposal, omitting the existence of these Extraordinary Payment Proposals, prepared, prioritized and approved by PDVSA's Board.

11-1