# EXHIBIT 12

**In 2011/2012/2013 Alvarado Blocked several payments to Rincon and Shiera, including this two for companies Reliable Process & Instruments and Premiere Procurement.**



JAVIER ALVARADO/ALVARADOJ/BIT/PDVSA
23/04/2013 03:42 a.m.

To RAFAEL RAMIREZ/RAMIREZRGE/PDV/PDVSA@PDV
cc
bcc JAVIER ALVARADO/ALVARADOJ/BIT/PDVSA
Subject Propuestas de pago Bariven

Jefe, para tu información como se aprecia en la nota que te derivo, de las propuestas extraordinarias recibidas de E y P ( MMUSD 135 + MMUSD 54) para pagar a proveedores críticos y con alta deuda, incluyeron a proveedores que no habían facturado y mucho menos habían madurado sus facturas a 30 días, que es la condición de pago de Bariven para que califique como deuda. En total MMUSD 41de esas propuestas están en esa situación.

Como le exprese a Eulogio en esa nota, es importante mantener en lo posible un criterio de pago por antigüedad y criticidad, porque tenemos empresas que superan en deuda los 3-4 meses que han estado reclamando mayor celeridad en los pagos, como por ejemplo Tenaris Global Services, S.A; ULS Corporate Metal Division; Shengli Oildfield Freet Petroleum ;Oil & Gas Interprises Corp,entre otras que se quejan por diferentes vías de la lentitud de los pagos ... Unas usando a Directores de la Empresa, otras retienen materiales críticos, algunas elevando la queja a la oficina de Seguimiento y Control de la Presidencia de la Republica.

En nota a parte te remitiré los criterios para pagos de las propuestas ordinarias - semanales que aplicamos aquí en Bariven, sin embargo cuando nos llegan estas propuestas especiales directas de las divisiones donde nos indican Nombres de las empresas y montos, las pasamos directamente según la instrucción recibida. Por supuesto estoy a tu orden para darte información detallada, según tú lo requieras.

Un saludo,

Javier Alvarado
— Remitido por JAVIER A
JAVIER ALVARADO/ T/PDVSA
12/04/2013 0

Hola Eulogio, la si
que amenaza co
mantenido las en
2012.

This document and the two in the following slides were explained and delivered to the prosecutor Sarah E. Edwards, of the government in July 2018. There were no comments or response from her. The Superceiding Indictment shows that the existence of these documents was omitted before the Grand Jury.

12