# EXHIBIT 12-1

# Payments Blocked to Reliable Process & Instruments and Premiere Procurenent.

**BARIVEN, S.A.**
ESTATUS REMESA CEDIDA POR CORPORATIVO
AL 05/04/2013

**DIVISION OCCIDENTE**

| CODIGO ACREEDOR | ACREEDOR | Monto Dólares | Pagado Dólares | No Pagado Dólares | Observación |
|---|---|---|---|---|---|
| 350000574 | (Tenaris Global Services S.A) | 119.985,65 | 119.985,65 | 0,00 | |
| 350002738 | DRESSER RAND COMPANY | 967.576,95 | 940.668,74 | 26.908,21 | Facturas no registradas de forma definitiva en SAP |
| 350004031 | (GE Intelligent Platforms Inc) | 218.425,00 | 218.425,00 | 0,00 | |
| 350004883 | IMO INDUSTRIES, INC. | 286.592,00 | 0,00 | 286.592,00 | Pagado por Bariven con la remesa ordinaria |
| 350006770 | National Oilwell Varco (NOV) | 151.304,36 | 25.228,70 | 126.075,66 | Pagado por Bariven con la remesa ordinaria |
| 350009507 | TransCanada Turbines Inc | 116.262,13 | 0,00 | 116.262,13 | Pagado por Bariven con la remesa ordinaria |
| 350013297 | SCORE ENERGY LIMITED | 135.960,00 | 135.960,00 | 0,00 | |
| 350014993 | BROMA, LLC | 122.640,00 | 0,00 | 122.640,00 | Pagado por Bariven con la remesa ordinaria |
| 350015312 | RELIABLE PROCESS & INSTRUMENTS, LL | 2.180.764,31 | 0,00 | 2.180.764,31 | Facturas no registradas de forma definitiva en SAP |
| 350015427 | Oil Gas Enterprises Corp | 16.977.715,26 | 16.977.715,26 | 0,00 | |
| 350015916 | FLEXSTEEL PIPELINE TECHNOLOGY INC. | 5.417.496,61 | 0,00 | 5.417.496,61 | Pagado por Bariven con la remesa ordinaria |
| **Total general** | | 26.694.722,27 | 18.417.983,35 | 8.276.738,92 | |

**PDVSA - GAS**

| CODIGO ACREEDOR | ACREEDOR | Monto Dólares | Pagado Dólares | No Pagado Dólares | Observación |
|---|---|---|---|---|---|
| 350015963 | PETRO KING INTERNATIONAL | 4.662.353,95 | 0,00 | 4.662.353,95 | Facturas no registradas de forma definitiva en SAP |
| **Total general** | | 4.662.353,95 | 0,00 | 4.662.353,95 | |

**DIVISION ORIENTE**

| CODIGO ACREEDOR | ACREEDOR | Monto Dólares | Pagado Dólares | No Pagado Dólares | Observación |
|---|---|---|---|---|---|
| 350015515 | KNM PROCESS SYSTEM | 200.000,00 | 0,00 | 200.000,00 | Facturas no registradas de forma definitiva en SAP |
| 350013011 | NUOVO PIGNONE SPA | 8.000.000,00 | 8.786.511,76 | -786.511,76 | Importe aproximado la registro |
| 350015431 | ULS Corporate | 1.200.000,00 | 1.158.416,00 | 41.584,00 | Importe aproximado la registro |
| 350016171 | INTERWORLD EQUIPMENT & SOLUTIONS, I | 610.000,00 | 0,00 | 610.000,00 | Facturas no registradas de forma definitiva en SAP |
| 350015778 | VMONITOR LLC | 530.000,00 | 0,00 | 530.000,00 | Facturas no registradas de forma definitiva en SAP |
| 350015427 | Oil&Gas | 220.000,00 | 743.875,00 | -523.875,00 | Importe aproximado la registro |
| 350013927 | RUHRPUMPEN | 140.000,00 | 0,00 | 140.000,00 | Facturas no registradas de forma definitiva en SAP |
| **Total general** | | 10.900.000,00 | 10.688.802,76 | 211.197,24 | |

**PDVSA - SERVICIOS**

| CODIGO ACREEDOR | ACREEDOR | Monto Dólares | Pagado Dólares | No Pagado Dólares | Observación |
|---|---|---|---|---|---|
| 350016150 | NORINCO | 11.816.241,00 | 5.962.665,00 | 5.853.576,00 | Facturas no registradas de forma definitiva en SAP |
| **Total general** | | 11.816.241,00 | 5.962.665,00 | 5.853.576,00 | |

| TOTAL GENERAL TRANSFERIR A BARIVEN | 54.073.317,22 | 35.069.451,11 | 19.003.866,11 |
|---|---|---|---|

12-1