# EXHIBIT 12-2

# Payments Blocked to Reliable Process & Instruments and Premiere Procurement.

BARIVEN, S.A.
STATUS REMESA CEDIDA POR CORPORATIVO
AL 29/03/2013

| ACREEDOR | PROVEEDOR | REMESA | PAGADAS | NO PAGADO | OBSERVACION |
|---|---|---|---|---|---|
| | **OCCIDENTE** | | | | |
| 350000260 | ROLLS-ROYCE ENERGY SYSTEMS INC | 288.702,03 | 32.712,66 | 255.989,37 | Facturas no registradas de forma definitiva en SAP |
| 350000574 | TENARIS GLOBAL SERVICES, S.A. | 6.551.346,96 | 6.487.503,58 | 63.843,38 | Facturas por USD 2.420.376,14 en preliminar, se pagaron otras en su lugar |
| 350002738 | DRESSER RAND COMPANY | 1.937.194,29 | 969.521,69 | 967.672,60 | Facturas no registradas de forma definitiva en SAP |
| 350004031 | GE Intelligent Platforms, Inc. | 96.951,00 | 96.951,00 | - | |
| 350004322 | HIMA AMERICAS INC | 375.233,04 | 375.233,04 | - | |
| 350004883 | IMO INDUSTRIES, INC. | 286.592,00 | - | 286.592,00 | Pagado por Bariven con la remesa ordinaria |
| 350006770 | National Oilwell Varco (NOV) | 177.006,03 | 126.075,66 | 50.930,37 | Facturas no registradas de forma definitiva en SAP |
| 350009507 | TransCanada Turbines Inc | 3.142.451,93 | 3.142.451,93 | - | |
| 350012994 | Siemens Industrial Turbomachinery L | 448.350,65 | 130.075,43 | 318.275,22 | Recobro no considerado, CRP pide usar la diferencia para pagar otras facturas |
| 350013297 | SCORE ENERGY LIMITED | 648.950,98 | - | 648.950,98 | Factura anulada, sustituida por la INV00048458 por USD 653.617,59 |
| 350014993 | BROMA, LLC | 177.520,00 | 122.640,00 | 54.880,00 | Facturas no registradas de forma definitiva en SAP |
| 350015274 | MCL CONTROL USA, Inc. | 262.541,35 | - | 262.541,35 | El monto se trata de un recobro que debe aplicarse conjuntamente con la factura del material, la cual totaliza USD 613.705,27 |
| 350015427 | Oil & Gas Enterprises, Corp. | 11.452.392,41 | 11.452.392,41 | - | |
| 350015476 | ZAO «SCB Sibelectromotor» | 1.600.000,00 | - | 1.600.000,00 | Pagado por Bariven con la remesa ordinaria el 08/02/2013 |
| 350015516 | FlexSteel Pipeline Technologies, In | 1.543.558,61 | 26.864,00 | 1.516.694,61 | Facturas no registradas de forma definitiva en SAP |
| 350015791 | PREMIERE PROCUREMENT GROUP LLC. | 2.760.349,00 | - | 2.760.349,00 | Facturas no registradas de forma definitiva en SAP |
| 350015916 | FlexSteel Pipeline Technologies, In | 15.879.763,38 | 15.879.763,38 | - | |
| 350016006 | WEG TRANSFORMADORES MEXICO S.A DE C | 832.128,00 | 832.128,00 | - | |
| | **Total OCCIDENTE** | 48.461.031,66 | 39.674.312,78 | 8.786.718,88 | |
| | **ORIENTE** | | | | |
| 350000260 | ROLLS-ROYCE ENERGY SYSTEMS INC | 6.737.597,29 | 4.065.731,98 | 2.671.865,31 | Facturas no registradas de forma definitiva en SAP |
| 350000355 | Alfa Laval Aalborg Inc | 729.752,00 | 729.752,50 | -0,50 | |
| 350000574 | TENARIS GLOBAL SERVICES, S.A. | 7.500.000,00 | 7.500.000,00 | - | |
| 350013011 | NUOVO PIGNONE S.p.A. | 8.000.000,00 | 8.105.239,41 | -105.239,41 | Diferencial cambiario neto de Euro a USD |
| 350015515 | KNM Process Systems Sdn Bhd | 300.000,00 | - | 300.000,00 | Facturas no registradas de forma definitiva en SAP |
| 350015778 | vMonitor LLC | 265.000,00 | - | 265.000,00 | Facturas no registradas de forma definitiva en SAP |
| 350015885 | CONTROLES ELECTRICOS PANAMA S.A. | 33.750,00 | - | 33.750,00 | Facturas no registradas de forma definitiva en SAP |
| 350016171 | Interworld Equipment & Solutions, I | 305.000,00 | - | 305.000,00 | Facturas no registradas de forma definitiva en SAP |
| 350016348 | CANADOIL | 12.593.625,07 | 4.094.929,80 | 8.498.695,27 | Facturas no registradas de forma definitiva en SAP |
| | **Total ORIENTE** | 36.464.724,36 | 24.495.653,69 | 11.969.070,67 | |
| | **REFINACION PTO LA CRUZ** | | | | |
| 350004869 | SIEMENS DEMAG DELAVAL TURBOMACHINER | 96.332,00 | 96.332,00 | - | |
| 350011925 | FENDER CARE LTD UK | 27.940,00 | 27.940,00 | - | |
| 350015375 | Compressed Air Corporation | 83.056,00 | 83.056,00 | - | |
| 350015488 | Sew Eurodrive Chile Motores Reduct | 2.685,04 | 2.685,04 | - | |
| 350015898 | SIIRTEC NIGI S.p.A. | 3.039,89 | 3.039,89 | - | |
| | **Total REFINACION PTO LA CRUZ** | 213.052,93 | 213.052,93 | - | |
| | **REFINERIA EL PALITO** | | | | |
| 350015275 | Flats Catalysts Inc. | 1.290.000,00 | 1.290.000,00 | - | |
| | **Total REFINERIA EL PALITO** | 1.290.000,00 | 1.290.000,00 | - | |
| | **Total general** | 135.920.909,46 | 113.453.689,89 | 22.467.219,57 | |

12-2