# EXHIBIT 13

# Purchase Order  No. 5100078093

  

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Energía y Petróleo | PDVSA BARIVEN S.A. | Venezuela AHORA ES DE TODOS

**PUNTO DE INFORMACIÓN**   REF BRV-PR-11-XXXX

| PRESENTADO: | PARA: | RAFAEL RAMÍREZ CARREÑO<br>MINISTRO DEL PODER POPULAR PARA LA ENERGÍA Y PETRÓLEO Y PRESIDENTE DE PDVSA | FECHA:<br>04-10-2011 | PÁGS.:<br>01/12 |
|---|---|---|---|---|
| | DE: | JAVIER ALVARADO<br>PRESIDENTE DE BARIVEN, S.A. | CÓDIGO: | |
| ASUNTO: | | PROCURA DE EQUIPOS TURBOGENERADORES EMERGENCIA ELÉCTRICA | | |

## 1.- PROPÓSITO:

Informar al ciudadano Rafael Ramírez Carreño, MINISTRO DEL PODER POPULAR PARA LA ENERGÍA Y PETRÓLEO Y PRESIDENTE DE PDVSA, sobre el avance en la procura internacional de los equipos requeridos para solventar la autosuficiencia eléctrica de PDVSA (1.710,4 MW ISO) y aportar al SEN (419,5 MW ISO).

## 2.- ANTECEDENTES:

El 19-11-2009, la Junta Directiva de PDVSA en su Reunión No. 2009-15 declara la Emergencia Operacional para el restablecimiento inmediato y prestación habitual del Servicio Público Eléctrico. Se crea el **"PROYECTO DE RESPUESTA RÁPIDA DE GENERACIÓN ELÉCTRICA DE PDVSA"**, dirigido por la Oficina de la Presidencia de Petróleos de Venezuela, S.A. con el objetivo de incrementar la capacidad de Generación Eléctrica de PDVSA y sus filiales, para apoyar el Sistema Eléctrico Nacional en el déficit causado por el incremento de la demanda y por el efecto del fenómeno natural El Niño. Se conformó la Comisión de Contratación para la procura de obras, bienes y servicios del Sector Eléctrico de PDVSA.

A continuación, actividades ejecutadas para la colocación de las ordenes de compra:

| PO | MONTO (USD) | MW (ISO) | PROVEEDOR | Solped Nacional | Solped Intern. | RFQ creada | Oferta Recibida | Evaluación Usuario | Orden de Compra | Liberación final Orden de compra |
|---|---|---|---|---|---|---|---|---|---|---|
| 5100077214 | $83.953.500,00 | 103,5 | KCT Cumana II Internacional | 14/12/2009 | 15/12/2009 | 16/12/2009 | 18/12/2009 | 22/12/2009 | 30/12/2009 | 04/01/2010 |
| 5100077213 | $207.979.853,34 | 354 | Derwick Associates, S.A | 14/12/2009 | 15/12/2009 | 16/12/2009 | 18/12/2009 | 22/12/2009 | 30/12/2009 | 04/01/2010 |
| 5100078155 | $238.172.413,00 | 250 | KCT Cumana II Internacional | 26/01/2010 | 27/01/2010 | 02/02/2010 | 05/02/2010 | 20/02/2010 | 22/02/2010 | 26/02/2010 |
| 5100078157 | $47.048.471,00 | 50 | KCT Cumana II Internacional | 26/01/2010 | 27/01/2010 | 02/02/2010 | 05/02/2010 | 20/02/2010 | 22/02/2010 | 26/02/2010 |
| 5100078093 | $251.965.019,28 | 356 | OVAR INDUSTRIAL LLC | 26/01/2010 | 27/01/2010 | 02/02/2010 | 09/02/2010 | 17/02/2010 | 20/02/2010 | 26/02/2010 |
| 5100078131 | $206.946.000,00 | 360 | Derwick Associates, S.A | 26/01/2010 | 27/01/2010 | 04/02/2010 | 11/02/2010 | 17/02/2010 | 20/02/2010 | 26/02/2010 |
| 5100078095 | $307.932.812,17 | 450 | Solar Turbines | 17/02/2009 | 02/03/2009 | 26/10/2009 | 24/11/2009 | 16/02/2010 | 19/02/2010 | 25/02/2010 |
| 5100078096 | $128.043.617,20 | 0 | Solar Turbines | 17/02/2009 | 02/03/2009 | 26/10/2009 | 24/11/2009 | 16/02/2010 | 19/02/2010 | 25/02/2010 |
| 5100078134 | $144.587.310,48 | 206,4 | Siemens | 17/02/2009 | 02/03/2009 | 26/10/2009 | 24/11/2009 | 16/02/2010 | 21/02/2010 | 25/02/2010 |
| 5100078133 | $20.799.870,00 | 0 | KCT Cumana II Internacional | 26/01/2010 | 04/02/2010 | 04/02/2010 | 10/02/2010 | 17/02/2010 | 20/02/2010 | 26/02/2010 |
| **Totales** | **$1.637.428.666,47** | **2.129,90** | | | | | | | | |

DOCUMENTACIÓN OFICIAL DE USO RESTRINGIDO.   1/12
Ley Contra la Corrupción. Artículo 66. El funcionario público que utilice, para sí o para otro, informaciones o datos de carácter reservado de los cuales tenga conocimiento en razón de su cargo, será penado con prisión de uno (1) a seis (6) años y multa de hasta el cincuenta por ciento (50%) del beneficio perseguido u obtenido, siempre que el hecho no constituya otro delito.
Si del hecho resultare algún perjuicio a la Administración Pública, la pena será aumentada de un tercio (1/3) a la mitad (1/2).

13