# EXHIBIT 13-1

## Orden de Compea No. 5100078093
## Solicitud de Auditoría PDVSA por parte de J. Alvarado.

 Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Energía y Petróleo |  PDVSA BARIVEN S.A. |  Venezuela

**3.3.- TABLA RESUMEN PAGOS REALIZADOS PROYECTOS DEL SEN Y AUTOSUFICIENCIA** (ver anexo I).

**3.4.- PROPUESTA DE PAGO PENDIENTE 2010-2011** (ver anexo II).

**3.5.- ESTATUS DE EQUIPOS EMERGENCIA ELÉCTRICA** (ver anexo III).

**4.- PUNTOS DE ATENCIÓN**

4.1.- En líneas generales a la fecha se ha cancelado un monto de 1.386.426.835,14 USD (84,67%) del total de la procura y se adeuda a los proveedores un monto de 251.001.831,33 USD (15,33%). Se ha recibido un total de (26) equipos completos que representan un (35,62%) del total de la procura. La potencia asociada a los equipos recibidos es de 1.128,5 MW ISO lo que representa el 52,98% de la procura.

4.2.- Llama la atención la diferencia en los tiempos de contratación. Por un lado a las empresas Siemnens y Solar Turbines, les tomó del orden de un año para obtener sus respectivas Ordenes de Compra, y por el otro, para KCT, Derwick y Ovarb, este tiempo fue menor a un mes. Esto debe ser de atención especial en las auditorias que PDVSA ejecute.

4.3.- En el caso de la procura con la empresa SOLAR TURBINES ordenes de compra: 5100078095 y 5100078096 se recomienda proceder con el envío hacia Venezuela de los (21) equipos completados y almacenados desde el mes de Abril 2011 (315 MW ISO) y no continuar con el almacenamiento en USA y evitar así gastos adicionales por almacenamiento y el riesgo de confiscación de activos. De estas ordenes de compra se ha cancelado un monto total de 371.683.588,86 USD lo que representa el (85,25%) del total y solo se han recibido (9) equipos completos (135 MW ISO), lo que representa tan solo el 30 % del total de la orden.

4.4.- La procura con la empresa SIEMENS orden de compra: 5100078134 correspondiente a (16) equipos con una potencia total asociada de 206,4 MW ISO se ha cancelado 57.834.924,19 USD que representa el (40%) del monto de la orden. A la fecha los equipos se encuentran 90% construidos. Sin embargo, existe un problema con el cambio de alcance técnico/comercial que amerita ser aclarado, por lo que se llamo a una reunión urgente con Siemens para el día 7 de Octubre de 2011. Los equipos no serán despachados a Venezuela hasta tanto se cancele la deuda a la fecha o se reestructure el mecanismo de pago.

4.5.- En referencia a la procura con la empresa DERWICK orden de compra: 5100078131 correspondiente a (6) equipos con una potencia total asociada de 360 MW ISO, se han recibido todos los componentes principales a excepción de las (6) turbinas (86% equipos entregados), se ha cancelado un total de 157.677.200,00 USD lo que representa un (76,19%) del monto total. Ya se inició el proceso de entrega de las turbinas, se estima iniciar el arribo al puerto de Houston para el 25 de Octubre de 2011. Es necesario el pago de la deuda o su reestructuración para completar el envío de los Paquetes de Generación hacia Venezuela.

4.6.- Para la procura con la empresa OVARB orden de compra 5100078093 correspondiente a (8) equipos con una potencia total asociada de 356 MW ISO, se ha cancelado 247.140.719,29 USD que representa el (98,09%) del monto de la orden, siendo el último deposito el día 13 de Mayo de 2011 por un monto de 72.336.030,00 USD. A la fecha se han recibido (4) equipos completos con una potencia de 236 MW ISO, lo que representa el (66,29%) del total de MW de la orden. Ya se inició el envío de los

DOCUMENTACIÓN OFICIAL DE USO RESTRINGIDO.
Ley Contra la Corrupción. Artículo 66. El funcionario público que utilice, para sí o para otro, informaciones o datos de carácter reservado de los cuales tenga conocimiento en razón de su cargo, será penado con prisión de uno (1) a seis (6) años y multa de hasta el cincuenta por ciento (50%) del beneficio perseguido u obtenido, siempre que el hecho no constituya otro delito.
Si del hecho resultare algún perjuicio a la Administración Pública, la pena será aumentada de un tercio (1/3) a la mitad (1/2).

6/12