# EXHIBIT 14

ONGOING INVESTIGATION TO THE COMPTROLLER GENERAL OF THE REPUBLIC.

**PDVSA**
BARIVEN, S.A.

Caracas, 11 de Abril 2012

CONFIDENCIAL

Ing. Oswaldo González
Asesor Mayor de Prevención y Control de Perdidas
PDVSA.

En línea con lo conversado, someta ante la Contraloría General de la República, el expediente que Ud. ha trabajado sobre las empresas OBARB, DERWICK y KCT, en el cual hay amplia evidencia de contrataciones irregulares realizadas por Bariven, en el marco de la Emergencia Eléctrica de los años 2009/2010.

Específicamente, notifique a la CGR. que en el caso de OBARB, se tienen evidencias que sus dueños o propietarios, lo son también de otras empresas que regularmente participan en los procesos de Bariven; incluso, simultáneamente en un mismo proceso ( Tradequip Services & Marine, Reliable Process & Instruments, Venmar, ISS Globalnet LLC, y Premiere Procurement LLC.)

Adicionalmente, aclareles que el actual Auditor Interno de PDVSA, Silvestre Molero y el Vicepresidente de EyP, Eulogio Delpino parecieran estar comprometidos en estas contrataciones vía Las Comisiones de Contratación y el Comité de Operaciones .

Por último informales que la Oficina de la Presidencia de Bariven y su oficina de PCP, están a la orden para suministrarles oficialmente la información que la CGR requiera.

Saludos,

Javier Alvarado O.
Presidente

C.c: Daniel Dominguez
     Consultor Jurídico Bariven S.A.

139

14