# EXHIBIT 14-1

# THE INVESTIGATION ON OVARB AND OTHER COMPANIES STARTS IN THE OFFICE OF THE COMPTROLLER GENERAL OF THE REPUBLIC.



