# EXHIBIT 14-3

this corruption scheme was exposed to the authorities three years ahead of the Department of Justice's actions in this matter.

(This is the email chain with first and second notification's ordered by Alvarado.)



14-3