# EXHIBIT 15

## Auditorías solicitadas a la Dirección de Auditoría de PDVSA y al Ministro Rafael Ramirez por parte del Presidente de BARIVEN ( J. Alvarado ).



**PDVSA BARIVEN, S.A.**

RECIBIDO POR: Tayde Poga
PDVSA
AUDITORIA INTERNA CORPORATIVA
FECHA: 14-11-12
Referencia N° BRV-PR-427

Para: Silvestre Molero
Director Ejecutivo de Auditoría Interna Corporativa - PDVSA
De: Javier Alvarado
Presidente de BARIVEN, S.A.
Fecha: 13.11.2012
Asunto: Auditoría e Inspección de la filial Bariven, S.A.

Sirva la presente para saludarle y solicitar respetuosamente la inclusión de la gestión de Bariven, S.A. en la programación de auditorías y controles coordinados por su Gerencia.

Considerando lo dispuesto en los artículos 24, 36 y 39 de la Ley Orgánica de la Contraloría General de la República y del Sistema Nacional de Control Fiscal, observamos que corresponde a todos sus órganos y entes el deber de garantizar el buen funcionamiento del Sistema de Control Interno mediante la debida observancia de procedimientos y normativas orientadas a salvaguardar los recursos, verificar la exactitud y veracidad de su información financiera y administrativa, estimular la observancia de las políticas prescritas y lograr el cumplimiento de sus objetivos y metas.

Es el mayor interés de Bariven, S.A. como parte de ese Sistema, la promoción de la eficiencia, economía, transparencia y calidad de sus acciones a través del análisis de su gestión durante el programa de auditorías e inspecciones pautado para el 2013. Para el logro de esos objetivos, ponemos a su disposición (sin perjuicio de cualquier otro asunto que consideren pertinente) los registros y expedientes relacionados con:

- La gestión de procura nacional e internacional: equipos y materiales para PDVSA y sus filiales; bienes para órganos y entes de la administración pública; misiones socialistas (Gran Misión Vivienda Venezuela, fortalecimiento del sector eléctrico nacional, etc.).
- Proyecto de Adecuación y Modernización de los Almacenes de Bariven (Proyecto PAMA).
- Convenios de suministro de piezas y equipos con proveedores certificados.
- Acuerdos de servicios suscritos con agentes aduanales.

En tal sentido nos encontramos atentos a aquellas indicaciones destinadas a incluir el análisis de nuestra gestión en el cronograma de control interno previsto por esa Dirección Ejecutiva para el primer trimestre de 2013, que considere lo correspondiente al ejercicio fiscal de Bariven, S.A. durante el año 2012.

Atentamente,

Javier Alvarado

Bariven, S.A., Centro Profesional Eurobuilding, piso 10, Urbanización Chuao – Caracas, Venezuela

---

**PDVSA**

Caracas, 18 de Enero de 2013.

Ing. Rafael Ramirez
Ministro del Poder Popular de Petróleo y Minería y Presidente de PDVSA

Estimado Sr. Ministro, reciba un cordial saludo.

La presente comunicación tiene como finalidad recordarle la importancia de realizar la auditoría solicitada por Bariven el pasado 14 de Noviembre del 2012, a la Dirección de Auditoría Interna Corporativa de PDVSA.
La Gerencia de PCP, ha venido realizando en el pasado año un seguimiento por "muestreo" a los procesos de Compra Nacional e Internacional, los Convenios de Suministro con Proveedores Certificados y la Gestión de Aduanas. En este sentido, se evidencian patrones o frecuencias elevadas en la repetición de Contratistas en Paneles; en la calificación de Material Crítico por parte de las Áreas Operacionales y en las Propuestas de Pagos a Proveedores.
Adicionalmente, se destaca la escasa utilización de los Convenios de Suministro a expensas de un incremento muy importante de compras directas por las Divisiones Operacionales de PDVSA, especialmente la Vicepresidencia de EyP, sin evidencia de controles de gestión adecuados. Aduanas Bariven está consolidando estas cifras (año 2012) y un informe le será remitido para ser presentado al Comité de Operaciones y Junta Directiva de PDVSA, si así Usted lo aprueba.

Atentamente,

Javier Alvarado O.
Presidente
PDVSA Bariven

RECIBIDO
Correspondencia
2 2 ENE 2013
DESPACHO DE MINISTRO
Ministerio del Poder Popular de Petróleo y Minería

15