# EXHIBIT 19

**CESAR RINCON**
**FICHA TÉCNICA DE PDVSA AL 30 / 10 / 2011**
ERA EL GERENTE DE PLANIFICACIÓN, CONTROL Y GESTIÓN DE PDVSA GAS
DESDE EL 2009. ALLÍ APROBÓ 17 ÓRDENES DE COMPRA A VENMAR POR TOTAL DE 164.9 MILLONES DE DÓLARES.



# FICHA TÉCNICA

## DATOS PERSONALES:

| | |
|---|---|
| **Nombre y Apellido:** Cesar Rincón | **Edad:** 43 |

**Cédula:** 9.708.394
**Fecha/Lugar de Nacimiento:** Maracaibo
**Estado Civil:** Casado
**Tiempo de Servicio en PDVSA:** 09/11/2004  6 años 9 meses
**Familiares en PDVSA / Tiempo de Servicios:**



**Indicador:** RINCONCP
**Teléfonos:**

**División de Procedencia (Área de origen):** PDVSA GAS
**Gcia. a la cual pertenece:** PLANIFICACION
**Ubicación Geográfica:** MARACAIBO
**Cargo Actual:** GTE DE PLANIFICACIÓN, CONTROL Y GESTIÓN
**Supervisor:** 
**Grupo N°:** 27
**Nivel de Inglés:** Bajo ☐ Medio ☐ Alto ☒
**Profesión (Indicar maestría o postgrado):** LIC EN PSICOLOGIA / MS PSICOLOGIA

## PERICIA:

Planificación Estratégica, Desarrollo Organizacional, Formulación Seguimiento y Control Presupuestario, Planificación y Procura de Materiales; equipos y partes, Manejo de Inventarios y logística de materiales, Contratación y Administración de Contratos, Aplicaciones Computarizadas( SAP ),Conocimientos Legislación Laboral, Civil y mercantil, Análisis y Control de Procesos, Planificación de Proyectos, Normas Administrativas, Gestión del Gas. Especialidad en Derecho Laboral LUZ 1998, Magíster en Psicología

## ACTIVIDADES DEL PUESTO

Dirige y Coordina la formulación y control del Plan Estratégico; Presupuesto, Gestión Administrativa, Contratación y Procura de materiales, equipos y partes asociados a los planes de mantenimiento y operacionales de la Gerencia General de Compresión Gas. Coordina y Controla los procesos de Contratación, Organización, Recursos Humanos y Procesos de Relaciones Laborales, mediante el cumplimiento de lineamientos corporativos y la Convención Colectiva.

19

---

LA FISCAL **SARAH E. EDWARDS** DE LA SECCIÓN DE FRAUDE, DIVISIÓN CRIMINAL DEL DEPARTAMENTO DE JUSTICIA EN WASHINGTON DC., RECIBIÓ DOCUMENTOS OFICIALES DE PDVSA ENTREGADOS POR LOS LETRADOS DE JAVIER ALVARADO. EN ELLOS SE DENUNCIA ESTA TRAMA DE " INTERMEDIACIÓN " LLEVADA A CABO POR VENMAR CON ESTAS APROBACIONES DE CÉSAR RINCON. DE ELLO NO INFORMÓ AL GRAN JURADO Y MUCHO MENOS AL DEPARTAMENTO DE JUSTICIA DE LOS ESTADOS UNIDOS.

EN CONTRASTE, EN EL REINO DE ESPAÑA, CONFRONTADOS CON LA MISMA DOCUMENTACIÓN, EL JUZGADO CENTRAL DE INSTRUCCIÓN No.3, APOYADOS POR EL FISCAL, EMITIÓ EL AUTO REQUIRIENDO A PDVSA TODOS LOS FIRMANTES DE ESAS COMPRAS Y ACTAS DE COMITÉS Y JUNTA DIRECTIVA.