# EXHIBIT 19-1

# NAF level of Cesar Rincon defined under his signature was Mandatory, in all the documents signed by him.

