# EXHIBIT 19-2

PDVSA Services BV

## PURCHASING & CONTRACTS COMMITTEE PURCHASING PROCESS RECOMMENDATION FORM (PPRF) C`

**COMPETITIVE** ☑

| VENDORS INVITED | 19 |
| --- | --- |
| NOT CONSIDERED (NC) | |
| DECLINED (D) | 5 |
| DID NOT RESPOND (DNR) | 6 |
| REJECTED (R) | |
| LATE (L) | |

(NC / D / DNR / R / L)

> Email with Cesar Rincon Approval in next slide

| | |
| --- | --- |
| 1. DATE PREPARED | Mar. 06, 2012 |
| 2. PR NUMBER | UT6304B477 |
| 3. ESTIMATED PR VALUE | $9,829,069.77 |
| 4. FRD | Sep. 19, 2011 |
| 5. BDD | Nov. 08, 2011 |
| 6. URGENCY CODE | ☑ NORMAL  ☐ RUSH |
| 7. SHIPPING MODE | ☑ 1 - Ocean  ☐ 2 - Air  ☐ 3 - Either |
| 8. MATERIAL | PROGRESIVE CAVITY PUMP |
| 9. ACTION CODE | ☐ 0  ☑ 1  ☐ 2  ☐ 3 |
| VENDOR NAME | Tradequip Services & Marine Inc |
| SAP VENDOR CODE | 350000915 |
| PR ITEMS | All (1-29) |
| P.O. PRICE | 17,323,454.49 |
| P.O. DISCOUNT | |
| OTHER COST(S) | |
| DOMESTIC FREIGHT | |
| EXPORT PACKAGING | |
| INT'L FREIGHT | |
| P.O. TOTAL | 17,323,454.49 |
| P.O. TOTAL USD | 17,323,454.49 |
| PAYMENT TERMS | NET 30 DAYS |
| DELIVERY ARO | 16 WEEKS |
| DELIVERY TERMS | FCA - CANADA |
| BID EXP. DATE | MAR. 16, 2012 |
| DEVIATION PR VS BUDGET | 76.25% |

**RECOMMENDATION (from Buyer)**

- Nov. 08, 2011 – was the Bid Due Date and Bid Control sent the quotes to buyer of the following five companies: SUPERIOR DERRICK SERVICES, L.L.C. Tradequip Services & Marine Inc., LAM GROUP CORPORATION, PROTEA Sp. z o.o. OILSOURCE, INC. and PREMERE PROCUREMENT GROUP LLC.
- Nov. 10, 2011 – Buyer sent just the first five quotes to end client for Technical Evaluation.
- Nov. 18, 2011 – Bid Control sent others two quotes from the companies Oilfield Equipments & Services, LLC. and Campanarello Investments, LTD. These offers were sent after because these bids had been rejected by bid control by problems in our system. Buyer did not see this e-mails therefore these quotes were not considered in the evaluation.
- Dec. 20, 2011 – End client sent to buyer the Technical Evaluation with the following results: SUPERIOR DERRICK SERVICES, L.L.C., LAM GROUP CORPORATION, PROTEA Sp. z o.o. and PREMERE PROCUREMENT GROUP LLC. did not meets technically and the companies Tradequip Services & Marine Inc. and OILSOURCE, INC. meets technically. Based in these results the company less bidder technically qualified is Tradequip Services & Marine Inc.
- Feb. 27, 2012 - The Level Authority did approve the total amount to award to company less bidder technically qualified: Tradequip Services & Marine Inc. (17,323,454.49 USD – Items 1-29 and delivery time 16 Weeks). See annex e-mail.
- Feb. 27, 2012 – Company Tradequip Services & Marine Inc. reported that they can extend the bid validity until Mar. 16, 2012. See annex e-mail.
- Feb. 28, 2012: Buyer saw the e-mails with the quotes from the companies Oilfield Equipments & Services, LLC. and Campanarello Investments, LTD. and buyer sent these tow quotes to end client for Technical Evaluation.
- Feb. 29, 2012 - End client sent to buyer the Technical Evaluation with the following results: Oilfield Equipments & Services, LLC. and Campanarello Investments, LTD. meets technically. Based in these results the company less bidder technically qualified is Campanarello Investments, LTD.
- Feb. 29, 2012 - Company Campanarello Investments, LTD. reported that they can not extend the bid validity. See annex e-mail.
- Buyer recommends to place the Purchase Order to the company Tradequip Services & Marine Inc. for a total amount of 17,323,454.49 USD. Items 1-29 and

19-2