# EXHIBIT 19-3

**Emails from previous slide..**

----- Remitido por ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA con fecha 27/01/2012 03:57 p.m. -----

ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA
26/01/2012 03:56 p.m.

Para: RAMIRO RODRIGUEZ/RODRIGUEZRK/BRV/PDVSA

cc: Pedro Gual/BRVEU@PDVSAEU, ISMARY YEGUEZ/YEGUEZIS/PDV/PDVSA@PDV, HEIDY MATA/MATAHS/PDV/PDVSA@PDV

Asunto: DELEGACION FINANCIERA

Saludos,
Aramaris Prieto

----- Remitido por ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA con fecha 27/01/2012 03:57 p.m. -----

ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA
26/01/2012 03:56 p.m.

Buenas tardes Sr. Ramiro.

Se requiere de su aprobación para continuar con la adjudicación indicada en nota anexa a fin de que Luis Ghersi autorizó la colocación hasta un 30% por encima del estimado

Saludos,
Aramaris Prieto
----- Remitido por ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA con fecha 26/01/2012 03:50 p.m. -----

Pedro Gual/BRVEU@PDVSAEU
26/01/2012 03:40 p.m.

Para: HEIDY MATA/MATAHS/PDV/PDVSA@PDV

cc: ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA@PDV, ISMARY YEGUEZ/YEGUEZIS/PDV/PDVSA@PDV

Asunto: DELEGACION FINANCIERA

ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA
25/01/2012 09:52 a.m.

Para: HEIDY MATA/MATAHS/PDV/PDVSA, CARYLU LEON/LEONCT/PDV/PDVSA, MARIA ROBLES/ROBLESMS/PDV/PDVSA, LUIS GHERSI/GHERSIL/PDV/PDVSA@PDV, NICK MENDEZ/MENDEZNP/PDV/PDVSA@PDV, VICTORIA PENA/PENAVA/TEP/PDVSA@PDV, CIPRIANO RODRIGUEZ/RODRIGUEZCA/UP/PDVSA@PDV

Asunto: Rm: Procesos Gerencia de Optimización

Buenos días.

Según lo indicado en nota precedente, la Gerencias de Optimización y Bariven aprueban la colocación hasta un 30% por encima del estimado.

Por favor informar lo anterior al equipo de compras internacionales

Nick: por favor realizar la modificación de las solicitudes para el reinicio de estos casos a nivel nacional e internacional.

Saludos,
Aramaris Prieto
----- Remitido por ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA con fecha 25/01/2012 09:43 a.m. -----

LUIS GHERSI/GHERSIL/PDV/PDVSA
23/01/2012 07:19 p.m.

Para: ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA@PDV

cc:

Asunto: Rm: Procesos Gerencia de Optimización

----- Remitido por ISMARY YEGUEZ/YEGUEZIS/PDV/PDVSA con fecha 27/02/2012 01:13 p.m. -----

CESAR RINCON/RINCONCP/PDV/PDVSA
27/02/2012 12:18 p.m.

Para: ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA@PDV, CARYLU LEON/LEONCT/PDV/PDVSA@PDV, HEIDY MATA/MATAHS/PDV/PDVSA@PDV, ISMARY YEGUEZ/YEGUEZIS/PDV/PDVSA@PDV

cc:

Asunto: APROBACION para Aprobación de Procesos de Compras Internacionales "E&P Faja"

Buenos Días
Equipo

En base a lo expuesto, y la necesidad de tener nuestra procura a tiempo para el proyecto esta Gerencia General Procura de Exploración, Producción y Gas aprueba Monto de adjudicación: 17.323.454,49 USD-27.400.054,30 BsF. para el proceso UT63048477 BCP. Agradezco la colocación y negociación de menores tiempos de entrega para estos equipos que debemos traer a la faja.

Sin mas que hacer referencia, quedo de uds

Atentamente

CESAR RINCON
GERENTE GENERAL PROCURA E&P GAS
0426-5822283

PDVSA
BARIVEN, S.A.

PATRIA, SOCIALISMO Y VIDA, HASTA LA VICTORIA SIEMPRE......... VENCEREMOS!!!!!!

RAMIRO RODRIGUEZ/RODRIGUEZRK/BRV/PDVSA

RAMIRO RODRIGUEZ/RODRIGUEZK/BRV/PDVSA
27/02/2012 11:38 a.m.

Para: CESAR RINCON/RINCONCP/PDV/PDVSA@PDV, ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA@PDV, HEIDY MATA/MATAHS/PDV/PDVSA@PDV, ISMARY YEGUEZ/YEGUEZIS/PDV/PDVSA@PDV

cc:

Asunto: Rm: DELEGACION FINANCIERA - Aprobación de Procesos de Compras Internacionales "E&P Faja"

Cesar, para tu información y fines. Este caso esta por encima de mi nivel financiero. De acuerdo a lo conversado en casos similares, te agradezco aprobar.

saludos,
Ramiro Rodriguez
Gerente Procura Faja
----- Remitido por RAMIRO RODRIGUEZ/RODRIGUEZRK/BRV/PDVSA con fecha 27/02/2012 11:28 a.m. -----

CARYLU LEON/LEONCT/PDV/PDVSA
73/02/2012 04:09 p.m.

Para: RAMIRO RODRIGUEZ/RODRIGUEZRK/BRV/PDVSA

cc: ARAMARIS PRIETO/PRIETOAU/PDV/PDVSA@PDV, HEIDY MATA/MATAHS/PDV/PDVSA

Asunto: Rm: DELEGACION FINANCIERA - Aprobación de Procesos de Compras Internacionales "E&P Faja"

Buenas tardes Sr Ramiro, anexo le envío nuevamente el análisis económico correspondiente a la solped UT63048477 BCP para su respectiva revisión.

19-3