# EXHIBIT 20

## Alvarado assisted the US Department of State from 2010-2014

**Caren Rodríguez**

| | |
|---|---|
| De: | Yoneoka, Richard T [YoneokaR@state.gov] |
| Enviado el: | Miércoles, 29 de Septiembre de 2010 12:06 p.m. |
| Para: | Javier Alvarado |
| CC: | Maria A. Ramirez |
| Asunto: | Thank you |

Mr. Minister –

Thank you for taking the time to help me better understand all of your efforts on behalf of Electricidad de Caracas and Corpolec to address the country's electricity crisis. It was highly informative and has provided me with a much better estimate on the government's efforts. I look forward to our continued interaction. Please let me know if I can be of assistance in the future.

I also wanted to ask you whether you have been involved in or are aware of the status of negotiations with the U.S. firm PSEG Global, which has a minority ownership in the Turboven thermoelectric plant. The company has been trying to negotiate an amicable sale of its interest to Corpolec. It told me that it last had contact with Venezuelan authorities at the beginning of the summer and was concerned that it had not heard from Corpolec in several months.

Regards,

Rick Yoneoka
Acting Counselor for Economic Affairs

Agregado Para Asuntos Petroleros / Petroleum Attaché
Embajada de los Estados Unidos de America / U.S. Embassy
Calle F Con Calle Suapure
Colinas de Valle Arriba
Caracas, Venezuela

[58] (212) 907-8412
[58] (212) 907-8033 (fax)

This Email is **UNCLASSIFIED** based on the definitions provided in E.O.12958

Celular: 0416-615.8259

This email is UNCLASSIFIED.

01/10/2010

20

