# EXHIBIT 21

# Comunicaciones con Fiscales de los Estados Unidos.

**From:** Edwards, Sarah (CRM) <Sarah.Edwards@usdoj.gov>
**Sent:** Thursday, July 19, 2018 12:15 PM
**To:** John Kinchen <jkinchen@hakllp.com>; Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Pearson, John (USATXS) <John.Pearson@usdoj.gov>
**Cc:** Michael Wynne <mwynne@hakllp.com>; dvidal@vidallawgroup.com
**Subject:** RE: Documents Referenced in 7-17-18 Meeting

Received. Thank you, John.

**From:** John Kinchen [mailto:jkinchen@hakllp.com]
**Sent:** Thursday, July 19, 2018 11:20 AM
**To:** Johnson, Robert (USATXS) <Robert.S.Johnson@usdoj.gov>; Pearson, John (USATXS) <John.Pearson@usdoj.gov>; Edwards, Sarah (CRM) <Sarah.Edwards@CRM.USDOJ.GOV>
**Cc:** Michael Wynne <mwynne@hakllp.com>; dvidal@vidallawgroup.com
**Subject:** Documents Referenced in 7-17-18 Meeting

All:

Thanks again for accommodating our request to meet in our offices. As promised, I am attaching copies of documents referenced in the meeting. I included two additional sets of weekly payment schedules that we have. For your convenience, I have bates labeled the documents – JAO.BRV.FILES-000001 – 24.

Thanks,

John Kinchen
Hughes Arrell Kinchen LLP
1221 McKinney St., Suite 3150
Houston, Texas I 77010
tel: 713.403.2064 I fax: 713.568-1747
email: jkinchen@hakllp.com

---

This document and the two in the following slides were explained and delivered to the prosecutor Sarah E. Edwards, of the government in July 2018. There were no comments or response from her. The Superceiding Indictment shows that the existence of these documents was omitted before the Grand Jury.

21