# EXHIBIT 22

| Nivel de Administración Financiera |
|---|

*PP. → INFORMAR A:*
*- NERY MAGDALENO - PSBV*
*- MIEMBROS DE LA COMI-*
*SION DE CONTRATACION.*



Maracaibo, 18 de junio de 2011.  20/6/11.

Javier Alvarado
Presidente,
BARIVEN, SA.

**ASUNTO: NIVELES DE DELEGACIÓN FINANCIERA - LIBERACION DE ORDENES DE COMPRA - BARIVEN.**

Por la presente le informo que la Dirección de Finanzas de PDVSA instruyó los nuevos niveles de Delegación Financiera aplicables a BARIVEN, efectivos a partir del 1 de julio 2011. Expresados en Dólares, han sido modificados según se detalla a continuación:

**Superintendentes de Compra / Gerentes de Procura de Proyectos.**

| Adjudicaciones Directas | | Procesos Competitivos | |
|---|---|---|---|
| Actuales | Nuevos | Actuales | Nuevos |
| 233.000 | 232.558 | 930.000 | 1.162.791 |

**Gerente de Procura Internacional.**

| Adjudicaciones Directas | | Procesos Competitivos | |
|---|---|---|---|
| Actuales | Nuevos | Actuales | Nuevos |
| 1.395.000 | 4.651.000 | 6.976.000 | 9.302.000 |

**Director Gerente / Gerentes Generales de Procura.**

| Adjudicaciones Directas | | Procesos Competitivos | |
|---|---|---|---|
| Actuales | Nuevos | Actuales | Nuevos |
| 4.651.000 | 9.302.000 | 9.302.000 | 18.604.000 |

**Presidente**

| Adjudicaciones Directas y/o Procesos Competitivos | |
|---|---|
| Actuales | Nuevos |
| 46.153.000 | 27.906.000 |

Los diferentes niveles jerárquicos antes descritos ya han sido notificados. Se anexan las comunicaciones correspondientes.

José Pirela
Gerente de Finanzas

cc. Victor Aular, Director de Finanzas PDVSA
anexos. Lo indicado.

PDVSA
BARIVEN

22