UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:17–cr–00514 |
| | § | |
| Javier Alvarado–Ochoa | § | |

## Notice of Referral of Motion
## to Magistrate Judge

    Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Peter Bray to hear and determine the motion(s) identified below:

Motion for Miscellaneous Relief – #371

Date: February 12, 2025.

                                               Nathan Ochsner, Clerk

                                               By: K. Papaioannou
                                                  Deputy Clerk